DISMISSAL FORM FOR CRIMINAL CASES ON ANT'S MOTION/OR WD NOA 









                                                NO.
12-08-00049-CV

 

IN THE COURT OF APPEALS 

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER,
TEXAS

ARBIE DEAN CHOICE,     §                      APPEAL
FROM THE 321ST

APPELLANT

 

V.        §                      JUDICIAL
DISTRICT COURT OF

 

ALTHEA
LACY CHOICE,

APPELLEE   §                      SMITH
COUNTY, TEXAS

                                                                                                                  
                                         

MEMORANDUM
OPINION

PER
CURIAM

            Appellant Arbie Dean Choice has filed a motion to dismiss
this appeal.  In his motion, Choice
states that he does not wish to pursue this appeal.  Because Choice has met the requirements of
Texas Rule of Appellate Procedure 42.1(a)(1), the motion is granted,
and the appeal is dismissed.

            Opinion delivered March 26, 2008.

            Panel consisted of Worthen, C.J., Griffith, J., and Hoyle,
J.

 

 

 

 

 

 

 

(PUBLISH)